NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX MEMORY SOLUTIONS INC.,**
*Intervenors*

---

2018-1676

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1023.

---

**O R D E R**

---

Before PROST, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges.*

PER CURIAM.

In light of our dispositions in *Netlist, Inc. v. SK Hynix Inc.*, No. 18-2123, and *Netlist, Inc. v. SK Hynix Inc.*, No. 18-2357, we dismiss this case as moot.

FOR THE COURT

December 12, 2019                    /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                 Clerk of Court